IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE R. MONGER | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 02-CV-2757 |
| vs. | : | |
| | : | |
| SALOMON J. BERENHOLZ | : | |
| Defendant | : | |

## ORDER

AND NOW, this            day of November, 2002, upon consideration of the defendant's Motion to Compel Answers to Interrogatories and Request for Production of Documents (Docket No. 7), it is **ORDERED** that the motion is **GRANTED** and the plaintiff shall fully and completely answer the Defendant's Interrogatories To Be Answered by Plaintiff - First Set and respond to the Defendant's Request For Production Of Documents, no later than November 22, 2002.

TIMOTHY J. SAVAGE, J.