IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE R. MONGER | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 02-CV-2757 |
| vs. | : | |
| | : | |
| SALOMON J. BERENHOLZ | : | |
| Defendant | : | |

**ORDER**

AND NOW, this 3rd day of December, 2002, upon consideration of the parties Stipulated Motion for Extension of Discovery (Document No. 9), it is **ORDERED** that the motion is **GRANTED** in part.

1. The Discovery deadline is extended to January 17, 2003.

2. All motions for summary judgment shall be filed no later than January 17, 2003, responses to any such motions shall be filed within the time permitted under Local Rule 7.1(c). Motions for summary judgment and responses shall be filed in the form prescribed in the Court's Notice to Counsel and Judge Savage's Scheduling and Motion Policies and Procedures.

   (a) The movant shall file, in support of the motion for summary judgment, a Statement of Undisputed Facts which sets forth, in numbered paragraphs, all material facts which the movant contends are undisputed;

   (b) The respondent shall file, in opposition to the motion for summary judgment, a separate Statement of Disputed Facts, responding to the numbered paragraphs set forth in the movant's Statement of Undisputed Facts, which the respondent

contend present a genuine issue to be tried. The respondent also shall set forth, in separate numbered paragraphs, any additional facts which the respondent contends preclude summary judgment.

   (c) All material facts set forth in the Statement of Undisputed Facts required to be served by the movant shall be taken by the Court as admitted unless controverted by the opposing party.

   (d) Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific and not general references to the parts of the record which support each of the statements. Each stated fact and each statement that a material fact is disputed shall cite the source relied upon, including the title page and line of the document supporting the statement.

  3. In all other respects, the Scheduling Order entered on August 16, 2002 shall remain in effect.

              BY THE COURT:

              _____
              TIMOTHY J. SAVAGE, J.