IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE R. MONGER | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 02-CV-2757 |
| vs. | : | |
| | : | |
| SALOMON J. BERENHOLZ | : | |
| Defendant | : | |

## ORDER

AND NOW, this 16th day of December, 2002, upon consideration of the Plaintiff's Motion to Extend Discovery, Extend Deadline for Motions for Summary Judgment, and to Reschedule Trial Date, (Document No. 11), it is **ORDERED** that the motion is **DENIED.**

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.