## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOYCE R. MONGER | : |
| | : CIVIL ACTION - LAW |
| | : |
| v. | : NO. 02-CV-2757 |
| | : |
| SALOMON J. BERENHOLZ | : |

## STIPULATION TO DISMISS

The parties to the above-captioned lawsuits having resolved all disputes between them amicably, it is hereby stipulated between the parties that all claims filed in this action by both parties are hereby dismissed, with prejudice.

_____        _____
Joseph W. Denneler, Esquire            Michael G. Trachtman, Esquire
Attorney for Plaintiff                 Attorney for Defendant


Date:_____                          Date:_____